UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

NELSON FERNANDEZ,                                    Case No.: 9:20-cv-81004-RKA

    Plaintiff,

v.

APPLEBEE'S RESTAURANTS, LLC,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff NELSON FERNANDEZ and Defendant, APPLEBEE'S RESTAURANTS, LLC, through their undersigned Counsel, hereby provide notice that the parties have reached a settlement in principle and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court stay all further proceedings.

    Date: July 27, 2020

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **BLANK ROME LLP** |
| 8571 W. Broward Blvd., Suite 303 | 500 East Broward Boulevard, Suite 2100 |
| Plantation, FL 33324 | Fort Lauderdale, FL 33394 |
| Telephone:954-362-3800 | Telephone: 954-512-1800 |
| Facsimile: 954-362-3779 | Facsimile: 954-512-1789 |
| */s/ Roderick V. Hannah* | */s/ Anthony R. Yanez* |
| Roderick V. Hannah, Esq. | Anthony R. Yanez, Esq. |
| Florida Bar No. 435384 | Florida Bar No. 45219 |
| rhannah@rhannahlaw.com | AYanez@BlankRome.com |
| | BRFLeservice@BlankRome.com |