**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-81004-CIV-ALTMAN/Brannon**

**NELSON FERNANDEZ**,

    *Plaintiff*,

v.

**APPLEBEE'S RESTAURANTS, LLC**,

    *Defendant.*

_____/

**ORDER OF DISMISSAL**

    **THIS MATTER** is before the Court on the Plaintiff's Stipulation of Dismissal with Prejudice [ECF No. 15]. Being fully advised, the Court hereby

    **ORDERS** that this action is **DISMISSED with prejudice**.

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this 25th day of August 2020.

                                                           _____
                                                             **ROY K. ALTMAN**
                                                             **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record